UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **YOLANDA NELSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-3828-HGB-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

### ORDER

MOTION TO ENROLL AS COUNSEL OF RECORD (Rec. doc. 9)

    **GRANTED**

MOTION TO VACATE REPORT AND RECOMMENDATION (Rec. doc. 10)

    **GRANTED**

MOTION TO EXTEND TIME IN WHICH TO MAKE SERVICE (Rec. doc. 11)

    **GRANTED**

The plaintiff, Yolanda Nelson ("Nelson"), filed a complaint against the defendant, Michael J. Astrue, Commissioner of the Social Security Administration (the "Commissioner"), in which she contends that her claim for Social Security benefits was improperly denied. Rec. doc. 1. Nelson filed in proper person on July 25, 2007. Id. She was granted leave to proceed *in forma pauperis*. Rec. doc 3. On July 26, 2007, a summons was issued to the Commissioner. Rec. doc. 4. There is no evidence of service in the record. On June 5, 2008, a report and recommendation was issued that Nelson's action be dismissed without prejudice. Rec. doc. 8. Nelson secured the services of counsel, who seeks leave to appear and move the case to disposition.

IT ORDERED that:

1. The motion of Rebecca Dean to enroll as counsel of record for Nelson (Rec. doc. 9) is GRANTED.

2. Nelson's motion to vacate the report and recommendation of June 5, 2008 (Rec. doc. 10) is GRANTED and that report and recommendation (Rec. doc. 8) is VACATED.

3. Nelson's motion for extension of time in which to make service (Rec. doc. 11) is GRANTED and Nelson is GRANTED until **Friday, August 1, 2008**, to make service in this matter.

New Orleans, Louisiana, this 16th day of June, 2008.

**SALLY SHUSHAN**
**United States Magistrate Judge**

cc: District Judge Berrigan