# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

YOLANDA NELSON                                    CIVIL ACTION

VERSUS                                            NO: 07-3828-HGB-SS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections

to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's

Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendant, Michael J. Astrue, Commissioner of

Social Security Administration, for summary judgment (Rec. doc. 26) is GRANTED and the motion

of the plaintiff, Yolanda Nelson, for summary judgment (Rec. doc. 23) is DENIED and that her

complaint is dismissed with prejudice.

New Orleans, Louisiana, this 27 day of April , 2009.

_____
UNITED STATES DISTRICT JUDGE